

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00612-CV

**IN THE INTEREST OF S.N.M.**, L.A.M. Jr., and B.C.M., Children

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02540
Honorable Charles Montemayor, Associate Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Because appellant is indigent, no costs of this appeal are assessed.

SIGNED December 19, 2018.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice